

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00879-CV

**CITY OF LEON VALLEY**,
Appellant

v.

Benny **MARTINEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

Benny Martinez's motion for rehearing is DENIED.

However, acting sua sponte, we WITHDRAW our opinion and judgment of August 19, 2020, and we substitute this opinion and judgment in their stead.

We REVERSE the portion of the trial court's judgment that denied the City of Leon Valley's plea to the jurisdiction against Benny Martinez's claim for reinstatement to Place 4, and we dismiss the claim as moot.

We REMAND this cause to the trial court for it to consider any award of costs and attorney's fees. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 37.009.

SIGNED November 18, 2020.

Patricia O. Alvarez, Justice